**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 17-1983**

―――――――――――

In re: GLORIA TYNDLE,

          Petitioner.

―――――――――――

On Petition for Writ of Mandamus.  (1:16-cr-00001-IMK-MJA-1;
1:16-cv-00205-IMK-MJA)

―――――――――――

Submitted:  November 16, 2017          Decided:  November 20, 2017

―――――――――――

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

―――――――――――

Petition denied by unpublished per curiam opinion.

―――――――――――

Gloria Tyndle, Petitioner Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Tyndle petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on her 28 U.S.C. § 2255 (2012) motion.  She seeks an order from this court directing the district court to act.  We find the present record does not reveal undue delay in the district court.  Accordingly, we grant leave to proceed in forma pauperis, deny the motion to expedite, and deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*